



## MEMORANDUM OPINION

No. 04-11-00410-CV

**POLLO GORDO, INC.** d/b/a/ Pollo Zapata and Telemedia, Inc.,
Appellants

v.

Isabel **ANCIRA**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7300
Honorable Jose A. Lopez, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  October 5, 2011

DISMISSED FOR WANT OF JURISDICTION

Isabel Ancira filed a petition for a bill of review, seeking to set aside a money judgment obtained against her by Pollo Gordo, Inc. d/b/a Pollo Zapata and Telemedia, Inc.  On May 16, 2011, the trial court signed an order granting the bill of review and setting aside the judgment against Ancira.  However, the May 16, 2011 order did not dispose of the underlying case.  On June 1, 2011, Pollo Gordo, Inc. and Telemedia, Inc. filed a notice of appeal from the May 16 order.

We ordered appellants to show cause why the appeal should not be dismissed for want of jurisdiction. *See McCauley v. Consolidated Underwriters*, 157 Tex. 475, 304 S.W.2d 265 (1957) (order in a bill of review proceeding that sets aside the prior judgment, but does not dispose of underlying case is interlocutory and not appealable); *Kessler v. Kessler*, 693 S.W.2d 522, 525-27 (Tex. App.—Corpus Christi 1985, writ ref'd n.r.e.) (for judgment in bill of review proceeding to be final, it "must either (1) deny the complainant any relief or (2) grant the bill of review, set aside the former judgment, and substitute a new judgment disposing of the entire controversy"). Appellants have responded by filing a voluntary motion to dismiss. We grant the motion and dismiss this appeal for lack of jurisdiction.


PER CURIAM